**COM.**

v.

**YUNIK, J.**

**1531 WDA 2016**

Superior Court of Pennsylvania.

05/30/2017

CP–20–CR–0001000–1999
(Crawford)

Affirmed

**COM.**

v.

**SWEET, C.**

**2431 EDA 2015**

Superior Court of Pennsylvania.

5/31/2017

CP–51–CR–0610014–2001
(Philadelphia)

Affirmed

**COM.**

v.

**SHWARZ, A.**

**3563 EDA 2015**

Superior Court of Pennsylvania.

05/31/2017

CP–51–CR–0004424–2011
(Philadelphia)

Affirmed

**COM.**

v.

**TRAVWICK, D.**

**1728 EDA 2016**

Superior Court of Pennsylvania.

05/31/2017

CP–51–CR–0109001–2003
(Philadelphia)

Affirmed